UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
CIVIL DIVISION

| | | |
|---|---|---|
| Gordon Mitchum, | ) | |
| | ) | |
| Plaintiff, | ) | **AFFIDAVIT OF** |
| | ) | **JUDITH A. HANSON** |
| v. | ) | |
| | ) | Case No. 1:19-cv-02277-DLP-JPH |
| | ) | |
| City of Indianapolis, et al. | ) | |
| | ) | |
| Defendants. | ) | |

STATE OF MINNESOTA )
                        ) ss.
COUNTY OF RAMSEY )

JUDITH A. HANSON, being first duly sworn on oath, states as follows:

1. I am an Assistant City Attorney for the City of Saint Paul, Minnesota.

2. I submit this Affidavit in support of Motion to Quash Subpoenas.

3. Attached as Exhibit A are true and correct copies of subpoenas served upon Sgt. John Lissen and Officer Thaddeus P. Schmidt.

4. Attached as Exhibit B is a true and correct copy of the email sent to Portia Hampton-Flowers (Civil Litigation Deputy) from Plaintiff's attorney, Annemarie Alonso, and an attached Instagram message.

FURTHER YOUR AFFIANT SAYETH NOT.

*s/ Judith A. Hanson*  
JUDITH A. HANSON

Subscribed and sworn to before me
this 23rd of June, 2020.

*s/ Lynne M. Knutson*
Lynne M. Knutson
Notary Public
My Commission Expires Jan. 31, 2025

RECEIVED

JUN 17 2020

CIVIL LITIGATION

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| GORDON MITCHUM | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:19-cv-02277-DLP-JPH |
| CITY OF INDIANAPOLIS, et al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                  SGT. JOHN LINSSEN

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Via Zoom--invitation to be sent at a later date | Date and Time: June 29, 2020 at 10am EST |
|---|---|

The deposition will be recorded by this method:    Audio and video deposition

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    06/15/2020

*CLERK OF COURT*

OR

                                                        /s/Jonathan Little

*Signature of Clerk or Deputy Clerk*                               *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Gordon Mitchum , who issues or requests this subpoena, are:

Jonathan Little, Annemarie Alonso, Derrick Morgan, Saeed & Little, LLP, jon@sllawfirm.com, 317.721.9214, 133 W. Market St. #189, Indianapolis, IN 46204

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Hanson Affidavit

Exhibit A

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| GORDON MITCHUM | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:19-cv-02277-DLP-JPH |
| CITY OF INDIANAPOLIS, et al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: OFFICER THADDEUS P. SCHMIDT

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Via Zoom--invitation to be sent at a later date | Date and Time: June 29, 2020 at 10am EST |
|---|---|

The deposition will be recorded by this method: Audio and video deposition

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 06/15/2020

*CLERK OF COURT*

OR

_____  /s/Jonathan Little
*Signature of Clerk or Deputy Clerk*    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Gordon Mitchum
_____, who issues or requests this subpoena, are:

Jonathan Little, Annemarie Alonso, Derrick Morgan, Saeed & Little, LLP, jon@sllawfirm.com, 317.721.9214, 133 W. Market St. #189, Indianapolis, IN 46204

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# Hanson, Judy (CI-StPaul)

| | |
|---|---|
| **From:** | Flowers, Portia (CI-StPaul) |
| **Sent:** | Wednesday, June 17, 2020 8:41 AM |
| **To:** | Hanson, Judy (CI-StPaul) |
| **Subject:** | FW: Depositions of St. Paul officers for Mitchum v. City of Indianapolis 1:2019-cv-02277 |
| **Attachments:** | Dkt 1 - Complaint.pdf; Groce instagram.pdf |

**From:** Annie Alonso <annie@sllawfirm.com>
**Sent:** Wednesday, June 17, 2020 7:56 AM
**To:** Flowers, Portia (CI-StPaul) <portia.flowers@ci.stpaul.mn.us>
**Cc:** Jonathan Little <jon@sllawfirm.com>
**Subject:** Re: Depositions of St. Paul officers for Mitchum v. City of Indianapolis 1:2019-cv-02277

> Think Before You Click: This email originated **outside** our organization.

Hi Ms. Flowers-
Sorry for the delay on this email--I had a minor personal emergency last night.

I'm attaching the complaint in this case as well as proposed questions that we would ask the officers:

1. About where they get their dogs
2. How Minneapolis - St. Paul train their dogs; Bark and Hold or Bite and Hold?
3. What is track mode? Prey Mode? When the dog is placed into this mode will it bite the first human it encounters?
4. Should a police K9 always be able to be recalled verbally?
5. What do they think about the comment in the instagram post about the bite being a reward (see attached).

We have their testimony from the previous case and we are happy to resend it for their review. We suspect that they likely would testify similarly. We think at this point that they can be experts or potentially rebuttal fact witnesses depending on how they say they train their dogs.

Please let us know your thoughts!
Thanks,
Annie

On Tue, Jun 16, 2020 at 2:36 PM Annie Alonso <annie@sllawfirm.com> wrote:
> Sorry, I should have attached the subpoenas that we sent this week to the officers via the police department.
>
> Thanks!

On Tue, Jun 16, 2020 at 2:34 PM Annie Alonso <annie@sllawfirm.com> wrote:
> Hello-
> My name is Annemarie Alonso and I'm trying to contact the attorney that represented Officer Thaddeus Schmidt and Sgt. John Linssen in 0:17-cv-05369. I notice that Ms. Sisk from your office was originally on it, but she has since moved on. We currently have a similar case pending in the Southern District of Indianapolis and we would like to depose both Officer Schmidt and Sgt Linssen regarding canine training. We currently have a deadline of July 7th to produce them, so I'm hoping to talk to you about setting up a zoom deposition regarding this testimony. Please feel free to call me or

Hanson Affidavit
Exhibit B

my co-counsel, Jon Little, at 317.902.9720 or 812.320.3367 (our cell phones) as we are currently working from home due to COVID.

Thanks,
Annemarie

--

**Annemarie Alonso**
Saeed & Little LLP
Attorney at Law in IN & CO
133 W. Market St., #189
Indianapolis, IN 46204
317-721-9214

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

--

**Annemarie Alonso**
Saeed & Little LLP
Attorney at Law in IN & CO
133 W. Market St., #189
Indianapolis, IN 46204
317-721-9214

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

--

**Annemarie Alonso**
Saeed & Little LLP
Attorney at Law in IN & CO
133 W. Market St., #189
Indianapolis, IN 46204
317-721-9214

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The

Verizon LTE 10:38 AM

# FAQS



rea1997

**Does type of scratches does obi like. Butt or belly or behind the ear**

Butt! >

nicole_fischer7411

**What do you use as a reward at the end of a successful live track?**

The bite itself is the reward, but if it's a civil apprehension with no bite I will give him his Kong later

kelsandbuster

**Where does obi sleep**

In his kennel



**Does Obi eat regular dog food, or have a special diet?**

He eats Purina Pro Sport

 imizell26

**Any advice for a college student interested in joining IMPD and considering K9?**

Do a ride along!

 code_three_media

**how old is Obi and how long has obi been in the force**

5YO serving for 3


EXHIBIT
6
VF 11-20-19

 aubrey_nicole34      themalkilo


Message k9_obi_wan