IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GORDON MITCHUM,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF INDIANAPOLIS, *et al.,*<br><br>Defendants. | Case No. 1:19-cv-02277-DLP-JPH |

## NOTICE OF PLAINTIFF'S EXPERT DISCLOSURE

Comes now Plaintiff Gordon Mitchum, by counsel, and provides this notice to the Court that the Plaintiff has disclosed to the Defendant via email his two experts, CVs, and fee schedules as of the date of this filing.

Respectfully submitted,

/s/*Annemarie Alonso*
Annemarie Alonso, No. 30506-06
Jonathan Little, No. 27421-49
SAEED & LITTLE, LLP
133 W. Market St. #189
Indianapolis, IN 46204
(317) 721-9214
annie@sllawfirm.com
jon@sllawfirm.com

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon counsel for Defendants via email.

Date: 8/28/2020                /s/*Annemarie Alonso*