# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| GORDON MITCHUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 1:19-cv-02277-DLP-JPH |
| ) | |
| CITY OF INDIANAPOLIS, ) | |
| INDIANAPOLIS METROPOLITAN POLICE ) | |
| DEPARTMENT, and in their official and ) | |
| Individual capacities, the following IMPD officers: ) | |
| BRYAN ROACH, MOLLY GROCE ) | |
| , and DOES 1-50, ) | |
| ) | |
| Defendants. ) | |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendants, by counsel, and pursuant to Fed. R. of Civ. P. 56(c) and S.D. Ind. L.R. 56-1, respectfully move for summary judgment on all the Plaintiff's claims. The Defendants have contemporaneously filed a memorandum of law and a designation of evidence in support of this motion.

Respectfully Submitted,

/s/ Andrew C. Scheil
Andrew C. Scheil (33826-49)
Assistant Corporation Counsel
Office of Corporation Counsel
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Email: andrew.scheil@indy.gov

**CERTIFICATE OF SERVICE**

I certify that this document was electronically filed on November 16, 2020. The same day, the following e-filing users were served electronically:

| | |
|---|---|
| Jonathan C. Little<br>Derrick Morgan<br>Annemarie Alonso<br>SAEED & LITTLE, LLP<br>jon@sllawfirm.com<br>derrick@sllawfirm.com<br>annie@sllawfirm.com<br>*Attorneys for Plaintiff* | Martin A. Brown<br>John F. Kautzman<br>Andrew R. Duncan<br>Edward J. Merchant<br>RUCKELSHAUS, KAUTZMAN,<br>BLACKWELL & BEMIS, LLP<br>mab@rucklaw.com<br>jfk@rucklaw.com<br>ard@rucklaw.com<br>ejm@rucklaw.com<br>*Attorneys for Defendants Tom White, Richard Faulkner, Molly Groce and Alfred Robinson* |

/s/ Andrew C. Scheil
Andrew C. Scheil (33826-49)
Assistant Corporation Counsel