## Summary

In 2020, I (Michael Goosby) was contracted to complete a best practices based review of the Indianapolis Metropolitan Police Department (IMPD) Canine Unit.  This summary will provide a basic briefing of the process, and provides recommendations.

The review process included:

- An assessment of the current canine policies and procedures
- A review of other agency's canine policies and procedures
- Meetings with and interviews of IMPD canine unit personnel and leadership team
- Research and insight on best practices in canine policing
- Attendance at Department canine training and discussion with key personnel involved in the training

The final recommendations will cover the following areas:

- Canine unit operations
- Canine unit supervision and leadership

**The Police Service Dog:** The most important component of a successful canine search team.  As such, the canine possesses the confidence and ability to search independently, while also having the attributes necessary to maintain a level of control.  Although there are many attributes of a successful Police Service Dog, these are foundational skills that will provide the basis for further development.

**The Handler:** The handler's ability to provide direction to the Police Service Dog, thus ensuring a systematic and detailed search is conducted while providing every opportunity for the canine to locate a hidden suspect/decoy or rendering a particular area clear of any potential threats.  Furthermore, the handler's ability to read and understand his/her canine's behavior and potential alerts as it conducts the search is essential.

**The Team:** A well balanced group of support officers who work under the guidance and leadership of the canine handler, to ensure operational and tactical success.

## Canine Unit Operations

The Indianapolis Metropolitan Police Department Canine Unit is a committed group of professionals who are dedicated to the Department and the City of Indianapolis.  Each member of the team fulfills their responsibilities with professionalism and enthusiasm.  Throughout this entire process everyone was supportive and understanding of the changes that were likely to be made within the unit.

The best practices in canine policing dictate that the Police Service Dog (PSD) should be used primarily as a tool to located suspects and not as an apprehension device or force option.  While apprehension and/or canine as a force option is a secondary consideration, the focus of canine operations should be on the search abilities and the tactics employed in that process.

### **Recommendations:**

- Amend the search criteria to – Searches for <u>felony</u> suspects; Searches for misdemeanor suspects **reasonably believed** to be armed with a gun or other deadly weapon; Search in conjunction with a preplanned or spontaneous SWAT-related incident.
- Directed Bite – a K-9 officer may direct his/her K-9 to bite a suspect and or apprehend a fleeing or otherwise evading suspect by biting when it is objectively reasonable as outlined in the Department's Use of Force policy.  Revised policy language should reiterate that a directed bite is an independent Use of Force, requiring articulation based on the facts and circumstances consistent with the Department's Use of Force policy.
- The Department should reassess the mission of the canine unit with an objective focus on **effectively** searching for and locating criminal suspects, with a secondary consideration of use of canines as an apprehension tool or use of force option.
- Self-deployment should be restricted by policy; outside agencies should be required to formerly contact the INCIDENT Commander, who must be accountable for assessing all the information before making a deployment decision. Outside agencies searching in place of IMPD K9 teams should be the exception and not the norm.
- Handlers should be cognizant of the time that their PSD is actively on the bite, minimizing that time as feasible and appropriate.
- Handlers should make every effort to recall their PSD off the bite after the suspect has been located and employ conventional tactics when appropriate, rather than *hard-out* as a default.
- The canine supervisor (and in his/her absence, the on scene supervisor) should be responsible to expressly approve or deny the deployment of the canine.

- The Post Bite Assessment/Debrief process should identify any operational issues and deficiencies with either the PSD or handler. The deficiencies should be handled

- accordingly (i.e. informal counseling, training, or removal from service until proper remediation can take place.

- The Department should establish a clear set of K-9 protocols regarding the activation and deactivation of the Body Worn Camera.

## Canine Unit Supervision and Leadership

Due to the high risk of liability associated with canine policing, supervisory oversight and dynamic formal leadership are critical to effective operations.  When there is a void of formal leadership in specialized units, officers are forced to develop an informal leadership structure.  While this process is not always destructive when strong informal leaders are present – when ineffective informal leaders are present, it can lead to specialized operations that can/will be inconsistent with agency policy and expectations, or actions that may be deemed outside of the course and scope of duty.  While not specific to the IMPD Canine Unit, these are important general organization precepts which emphasize the importance of strong, consistent, formal leadership in specialized units.

**Recommendations:**

- For effective leadership and accountability, a canine sergeant (supervisor) should be assigned and working whenever any canine teams are working.
- Department leadership should conduct training for **all** supervisors to ensure they are all familiar with canine operations, policy, command post operations, and all tenets of command and control.