# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| GORDON MITCHUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-02277-DLP-JPH |
| ) | |
| CITY OF INDIANAPOLIS, ) | |
| INDIANAPOLIS METROPOLITAN POLICE ) | |
| DEPARTMENT, and in their official and ) | |
| Individual capacities, the following IMPD officers: ) | |
| RANDALL TAYLOR, MOLLY GROCE ) | |
| , and DOES 1-50, ) | |
| ) | |
| Defendants. ) | |

## Joint Stipulations of Fact for Trial

The parties, by counsel, stipulate to the following:

1. Defendant Molly Groce acting under the color of law on May 31, 2018, during the events giving rise to this case.

2. IMPD Officers responded to a call regarding an armed car-jacking at or near Safeway Foods, 2435 N. Sherman Dr. Indianapolis, IN 46218.

3. The suspects were pursued by Officer Montgomery.

4. The suspects fled the vehicle at or near 3300 Forest Manor Avenue, Indianapolis, IN 46218.

5. One of the suspects was apprehended at or near 3229 N. Gladstone Avenue, Indianapolis, IN 46218.

6. IMPD K-9 was called to the scene to attempt to search for the second suspect.

7. Officer Groce responded to the call for K-9 support with her K-9, Obi.

8. Officer Groce started performing a search with Obi.

9. Officers Faulkner, Robinson, and White were present while Officer Groce and Obi were performing their search.

10. Officer Groce entered Mr. Mitchum's backyard with her K-9 Obi.

11. Officer Groce followed Obi directly adjacent to the back of Mr. Mitchum's house.

12. During this time, Mr. Mitchum was sitting with his wife on his patio.

13. Obi encountered Mr. Mitchum when Obi came to the corner of Mr. Mitchum's house.

14. Obi bit Mr. Mitchum's left calf and right foot, which required treatment.

15. The parties agree that the medical records, medical bills, 911 audio recordings, Dispatch Radio recording, and Computer Aided Dispatch report offered into evidence in this case are authentic.

| | |
|---|---|
| /s/*Annemarie Alonso* (with permission)<br>Annemarie Alonso, No. 30506-06<br>Jonathan Little, No. 27421-49<br>Derrick Morgan, MO Bar No. 71652<br>SAEED & LITTLE, LLP 133 W. Market St. #189 Indianapolis, IN 46204 (317) 721-9214<br>annie@sllawfirm.com<br>jon@sllawfirm.com<br>derrick@sllawfirm.com<br>*Attorneys for Plaintiff* | /s/ *Andrew C. Scheil*<br><br>Andrew C. Scheil (33826-49)<br>Assistant Corporation Counsel<br>Office of Corporation Counsel<br>200 East Washington Street, Room 1601<br>Indianapolis, Indiana  46204<br>Telephone: (317) 327-4055<br>Fax: (317) 327-3968<br>E-Mail: andrew.scheil@indy.gov<br>*Attorney for the Defendants* |

## **CERTIFICATE OF SERVICE**

I certify that this document was electronically filed on July 12, 2021. The same day, the following e-filing users were served electronically:

| | |
|---|---|
| Jonathan C. Little | Martin A. Brown |
| Derrick Morgan | John F. Kautzman |
| Annemarie Alonso | Andrew R. Duncan |
| SAEED & LITTLE, LLP | Edward J. Merchant |
| jon@sllawfirm.com | RUCKELSHAUS, KAUTZMAN, |
| derrick@sllawfirm.com | BLACKWELL & BEMIS, LLP |
| annie@sllawfirm.com | mab@rucklaw.com |
| *Attorneys for Plaintiff* | jfk@rucklaw.com |
| | ard@rucklaw.com |
| | ejm@rucklaw.com |
| | *Attorneys for Defendant Molly Groce* |

       /s/ Andrew C. Scheil\_\_
       Andrew C. Scheil (33826-49)
       Assistant Corporation Counsel