# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 29, 2021

To:  Roger A. G. Sharpe
     UNITED STATES DISTRICT COURT
     Southern District of Indiana
     United States Courthouse
     Indianapolis, IN 46204-0000

| No. 21-2305 | GORDON MITCHUM,<br>            Plaintiff - Appellee<br><br>v.<br><br>MOLLY GROCE,<br>            Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-02277-DLP-JPH<br>Southern District of Indiana, Indianapolis Division<br>Magistrate Judge Doris L. Pryor ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                    F.R.A.P. 42(b)

STATUS OF THE RECORD:                                 no record to be returned

form name: **c7_Mandate**    (form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

September 29, 2021

*By the Court*:

| | |
|---|---|
| No. 21-2305 | GORDON MITCHUM,<br>                Plaintiff - Appellee<br><br>v.<br><br>MOLLY GROCE,<br>                Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:19-cv-02277-DLP-JPH<br>Southern District of Indiana, Indianapolis Division<br>Magistrate Judge Doris L. Pryor ||

Upon consideration of the **APPELLANT'S MOTION TO DISMISS APPEAL**, filed on September 29, 2021, by counsel for Appellant Molly Groce,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**     (form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit