UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GORDON MITCHUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-02277-DLP-JPH |
| | ) | |
| CITY OF INDIANAPOLIS, | ) | |
| MOLLY GROCE, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL

The parties, having filed their Stipulation of Dismissal with Prejudice, Dkt.
[159], and the Court being duly advised, it is therefore, **ORDERED, ADJUDGED
AND DECREED** that the Plaintiff's Complaint against the Defendants be, and the
same is, hereby dismissed, with prejudice, the same being fully compromised and
settled, costs paid.

So ORDERED.

Date: 10/6/2021

_Doris L. Pryor_

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email